1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
9                              AT TACOMA

10   PHILLIP IRA SCHEFFLIN,

11              Petitioner,

12          v.                                 Case No. C05-5696FDB

13   RICHARD MORGAN,                           ORDER DENYING CERTIFICATE
                                               OF APPEALABILITY
14              Respondent.

15          The Court adopted the Magistrate Judge's Report and Recommendation denying Petitioner's

16   write of habeas corpus as being untimely.  ACCORDINGLY,

17          IT IS ORDERED: Petitioner's Motion for a Certificate of Appealability is DENIED.

18          DATED this 17th day of July, 2006.

19

20                                         _____

21                                         FRANKLIN D. BURGESS
                                           UNITED STATES DISTRICT JUDGE
22

23

24

25

26   ORDER - 1